**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eric BROOKS, Defendant–Appellant.**

**No. 11–16071**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 11, 2012.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Bruce Lowe, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, for Defendant–Appellant.

Chet Kaufman, Federal Public Defender's Office, Tallahassee, FL, Randolph Patterson Murrell, Federal Public Defender's Office, Eric Brooks, Tallahassee, FL, for Defendant–Appellant.

Before TJOFLAT, JORDAN and KRAVITCH, Circuit Judges.

PER CURIAM:

Chet Kaufman, on behalf of Randolph P. Murrell, Federal Public Defender and appointed counsel for Eric Brooks in this appeal from the revocation of Brooks's supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Brooks's supervised release and his sentence are **AFFIRMED.**